# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 2:05-CR-325-JCM |
| vs ) | |
| PARIS CHERER, ) | ORDER |
| Defendant. ) | |

Presently before the court is defendant Paris Cherer's motion for copies of his currently pending 18 U.S.C. § 2255 motion and a copy of the docket in the case. The government has not responded.

Good cause being shown,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion for copies (doc. #122) be, and the same hereby is, GRANTED. The clerk shall provide defendant with one copy of the § 2255 motion, including exhibits (doc. #115) and one copy for the docket sheet in this case.

DATED this 27th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE